JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

IGNACIO VERA,

                Plaintiff,

     v.

CASTLE PLAZA, LLC,

                Defendant.

Case No. 2:24-cv-00253-FLA (AGRx)

**ORDER DISMISSING ACTION [DKT. 17]**

1

On April 15, 2024, Plaintiff filed a Notice of Dismissal, dismissing the action pursuant to Fed. R. Civ. P. 41(a)(1).  Dkt. 17.  Having considered the Notice of Dismissal and finding good cause therefor, the court hereby ORDERS:

     1.  All dates and deadlines governing this action are VACATED.

     2.  The court DISMISSES the action without prejudice.

IT IS SO ORDERED.

Dated: April 16, 2024

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge